IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**FILED**

SEP 29 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DAVID L. GIBSON, et al.,**

    **Plaintiffs,**

v.

**UNITED STATES NAVY, et al.,**

    **Defendants.**

_____/

CASE NUMBER 1:06CV01696

JUDGE: Gladys Kessler

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/**/2006

## ORDER

This cause is before the court on the "Renewed Motion to Transfer to the District Court for the District of Columbia Pursuant to 28 U.S.C. § 1404" filed by defendants. (Doc. 16, memorandum at doc. 17). Plaintiffs filed a responsive memorandum in opposition (doc. 19), to which defendants have replied with leave of court (doc. 23). For the reasons stated below the court GRANTS defendants' motion to transfer.

**Background**

In their complaint plaintiffs in part describe this case as "a federal class action [brought] by non-liturgical Christian Navy chaplains challenging religious discrimination and violations of the First and Fifth Amendment and the Religious Freedom Restoration Act ("RFRA") in the U.S. Navy Chaplains Corps (the "CHC") promotion, accession, assignment, retention and separation systems and decision making processes"; they also assert "an as applied constitutional challenge to 10 U.S.C. § 612." (Doc. 1, ¶¶ 1, 2). The complaint names forty-one individual plaintiffs and one organizational plaintiff; defendants are the United States Navy and the Secretary of the Navy. Jurisdiction is alleged to be conferred

Case No. 3:06cv187/MCR



Case 1:06-cv-01696-RMU   Document 1   Filed 09/29/2006   Page 2 of 15

Page 2 of 6

by 28 U.S.C. §§ 1331, 1343, and 1346; 5 U.S.C. § 702; and 42 U.S.C. § 2000-bb. The one hundred-forty two page complaint contains fifteen counts, including claims of federal constitutional and statutory violations, fraudulent concealment of evidence, illegal retaliation and cover-up, and constructive discharge. As redress, plaintiffs seek extensive declaratory and injunctive relief, as well as attorneys' fees, costs, and expenses.

In their motion to transfer defendants point to two consolidated cases which are pending in the United States District Court for the District of Columbia ("D.C. district court"), Chaplaincy of Full Gospel Churches v. Johnson, Case No. 99-2945, and Adair v. Danzig, Case No. 00-566 ("CFGC/Adair cases").[1] Defendants contend that the claims in these two cases, which are before the Honorable Ricardo Urbina and have been litigated for approximately five years, are nearly identical to those brought the instant case. According to defendants, plaintiffs in the CFGC/Adair cases "recently suffered several tactical defeats," following which they sought Judge Urbina's reassignment from the cases. The D.C. Circuit denied this request on April 20, 2006; just eight days later, on April 28, 2006, plaintiffs filed this action. The next week, on May 5, 2006, plaintiffs moved for and obtained decertification of the class in Adair, the case in which Judge Urbina had granted the plaintiffs' motion to certify a class but in which a class had not yet been defined. Defendants argue that in light of this history plaintiffs' action of filing the instant case in this district amounts to a "transparent exercise in forum shopping." In the interest of justice, including enforcing the prohibition against duplicative litigation and promoting judicial economy, defendants submit that the instant matter should be transferred to the D.C. district court for further proceedings pursuant to 28 U.S.C. § 1404(a).

In opposition, plaintiffs argue that defendants' motion is "misleading, omits critical information and fails to meet 28 U.S.C. 1404(a)'s transfer criteria" and in fact is "an attempt to subvert the purposes of justice . . . ." (Doc. 19 at 7). Plaintiffs complain that, contrary to defendants' representations, they are not part of any other chaplain litigation; that the D.C. district court has rejected their efforts to join the CFGC/Adair cases; that the D.C. district court has "denied subject matter jurisdiction" over their constitutional claims (which, in any

---

[1] Defendants state that the cases have been consolidated for purposes of preliminary motions, case management, and discovery. A complete discussion of the extensive and complicated procedural history of these cases, including appellate history, may be found in defendants' motion.

Case No. 3:06cv187/MCR

event, are not "nearly identical" to the claims in the instant case); and that defendants have not informed this court of the significant differences between the law of the Eleventh Circuit and that of the District of Columbia (particularly regarding discovery, the review of denominational preference claims under a strict scrutiny standard, and the strict observance of Supreme Court precedent which holds that violations of the First Amendment even for brief periods constitutes irreparable injury) or that the application of the former would severely prejudice plaintiffs' case. According to plaintiffs, they do not have a right to bring all of their claims in the District of Columbia because Judge Urbina has already dismissed similar claims in the litigation before him, and the law of the District of Columbia bars certain other claims. In addition, transfer would not be in the interest of justice because, due to differences in the substantive law between the Eleventh Circuit and the District of Columbia Circuit, plaintiffs would be unable to obtain a decision on the merits of their case in the District of Columbia. Inter alia, plaintiffs also submit that retention of the instant case in a district which will hear its claims rather than transfer it to a district which will not serves the interest of justice, that they have properly sought judicial relief in this court, and that defendants' argument that the filing of multiple civil actions constitutes harassment and an "'uninvited intrusion into military affairs'" is specious.

Defendants reply that plaintiffs have failed to counter the argument that, where two courts are presented with virtually the same claims between the same parties, the interest of justice is furthered by having only the court initially seized of the controversy decide the case. They also argue that both this case and Adair are pled as putative class actions and thus, if certification is granted in either case, the plaintiffs in both actions would be members of the class; moreover, the putative class is represented by the same counsel and is advancing claims which are nearly the same. Defendants also submit that because venue and subject matter jurisdiction are proper in the D.C. district court plaintiffs' action could have been brought there; that there may be differences in substantive law between the transferee and transferor courts is irrelevant to the § 1404(a) analysis. Further, according to defendants, plaintiffs are incorrect in stating that the CFGC/Adair court "denied subject matter jurisdiction" over their constitutional claims; rather, the dismissal was for failure to state a claim, pursuant to Fed.R.Civ.P. 12(b)(6). Additionally, defendants contend that plaintiffs' choice of forum need not be given great weight because few of the

Case No. 3:06cv187/MCR

forty-one individual plaintiffs in this case reside in this judicial circuit and few of the crucial operative events occurred here; also, on appeal the D.C. Circuit did not hold that plaintiffs' claims are precluded but rather that certain information was privileged and not subject to discovery. Finally, defendants note that plaintiffs' stated reasons for seeking to proceed in this district, i.e., certain differences in the substantive law which may favor their claims and the perception that the district court's rulings possibly evince prejudice or hostility towards them, constitutes impermissible forum shopping.

**Discussion**

Pursuant to § 1404(a), for the convenience of the parties and witnesses, in the interest of justice the district court may transfer a civil action to any other district where the action might have been brought. 28 U.S.C. § 1404(a); see generally Van Dusen v. Barrack, 376 U.S. 612, 616, 84 S.Ct. 805, 11 L.Ed.2d 945 (1964) (holding that the purpose of Section 1404(a) is "to prevent the waste of time, energy and money and to protect litigants, witnesses and the public against unnecessary inconvenience and expense") (citations omitted); Brown v. Conn. Gen. Life Ins. Co., 934 F.2d 1193, 1197 (11th Cir. 1991). In addressing these factors the court should consider such matters as the plaintiff's initial choice of forum, convenience of the parties and witnesses, relative ease of access to sources of proof, location of relative documents, the public interest, and any other practical problems that make trial of the case easy, expeditious, and inexpensive. See Gulf Oil Corp. v. Gilbert, 330 U.S. 501, 508, 67 S.Ct. 839, 843, 91 L.Ed. 1055 (1947); see also Miot v. Kechijian, 830 F.Supp. 1460, 1465-66 (S.D.Fla. 1993); Meterlogic, Inc., v. Copier Solutions, Inc., 185 F.Supp.2d 1292, 1300 (S.D. Fla. 2002). The moving party bears the burden of establishing that the balance of § 1404(a) interests favors the transfer. The decision to transfer an action pursuant to § 1404(a) is left to the "sound discretion of the district court and [is] reviewable only for an abuse of that discretion." Roofing & Sheeting Metal Services v. La Quinta Motor Inns, 689 F.2d 982, 985 (11th Cir. 1982).

This court first considers whether the instant action might have been brought in the District of Columbia. If a plaintiff would have had a right to bring suit in the proposed transferee district at the commencement of the action, "independently of the wishes of [the] defendant," then the transferee district is a district where the action "might have been brought." Hoffman v. Blaski, 363 U.S. 335, 344, 80 S.Ct. 1084, 4 L.Ed.2d 1254 (1960).

Case No. 3:06cv187/MCR

Case 1:06-cv-01696-RMU    Document 1    Filed 09/29/2006    Page 5 of 15

Page 5 of 6

Accordingly, to prevail on a motion to transfer venue under § 1404(a), the moving party must demonstrate that venue, personal jurisdiction, and subject matter jurisdiction would all have been proper in the proposed transferee district. Id. at 343-44. In this case, there appears to be no question that venue is proper in the D.C. district court and that principles regarding personal jurisdiction have no applicability with respect to these federal defendants. As to the issue whether subject matter jurisdiction would lie in the proposed transferee district, upon review of plaintiffs' claims it is readily apparent to this court that it would.

The court next considers whether the proposed transfer would be for the convenience of the parties and witnesses and would be in the interest of justice. Essentially for the reasons offered by defendants in their motion and reply, the court concludes that transfer to the D.C. district court would further both aims. It is true that a plaintiff's choice of forum should not be disturbed unless its choice is clearly outweighed by other considerations. Robinson v. Giarmarco & Bill, P.C., 74 F.3d 253, 260 (11th Cir. 1996). As here, however, a plaintiff's choice of forum may properly be accorded less weight where the forum lacks any significant connection with the underlying claim or operative facts. A.J. Taft Coal Co., Inc. v. Barnhart, 291 F.Supp.2d 1290, 1310 (N.D.Ala. 2003). It also appears that it would be, at the very least, equally convenient for witnesses, defendants, and plaintiffs – the majority of whom are scattered around the United States and only one of whom appears to reside in the Northern District of Florida – to litigate this case in the Washington, D.C., area as opposed to the Pensacola, Florida, area. With respect to access to sources of proof and the location of documents, it should also be equally – if not more – convenient for the parties to litigate in that forum rather than the instant one. The court also concludes that the public interest favors transferring the case to the D.C. district court. Although "[t]here is a local interest in having localized controversies decided at home," Gulf Oil Corp., 330 U.S. at 509, this case has virtually no local connection. Finally, and perhaps most importantly, the court finds that the dual interests of judicial efficiency and economy would be advanced through transfer to the D.C. district court.[2]

---

[2] The court rejects plaintiffs' argument that transfer would be contrary to the interest of justice because prejudice would accrue to them from the application of D.C. Circuit law. As the Eleventh Circuit

Case No. 3:06cv187/MCR

As set forth above, the court concludes that this action might have been brought in the D.C. district court and that defendants have met their burden of showing that the balance of § 1404(a) interests favors transfer to that forum. Accordingly, for the convenience of the parties and witnesses, in the interest of justice, this case shall be transferred to the United States District Court for the District of Columbia, pursuant to 28 U.S.C. § 1404(a).

Accordingly, it is ORDERED:

1. Defendants' "Renewed Motion to Transfer to the District Court for the District of Columbia Pursuant to 28 U.S.C. § 1404" (doc. 16) is GRANTED.

2. The clerk shall transfer this case to the United States District Court for the District of Columbia.

DONE AND ORDERED this 17th day of August, 2006.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

CERTIFIED A TRUE COPY

By: _____
Deputy Clerk

---

has held that it is appropriate for the transferee court to apply its own interpretation of federal law, see Murphy v. F.D.I.C., 208 F.3d 959, 964 (11th Cir. 2000), the court cannot conclude that unfair prejudice would result from the D.C. district court's proper application of the law of its circuit.

As a final matter, the court notes its view that refusing to transfer this case to the D.C. district court would constitute condoning conduct by plaintiffs that is tantamount to impermissible forum shopping. Such action by the court clearly would not be a proper exercise of its discretion.

Case No. 3:06cv187/MCR

CLOSED

## U.S. District Court
### Northern District of Florida - District Version 2.5 (Pensacola)
### CIVIL DOCKET FOR CASE #: 3:06-cv-00187-MCR-MD
### Internal Use Only

GIBSON et al v THE UNITED STATES NAVY et al
Assigned to: District Judge M CASEY RODGERS
Referred to: MAGISTRATE JUDGE MILES DAVIS
Cause: 28:1343 Violation of Civil Rights

Date Filed: 04/28/2006
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**
DAVID L GIBSON

represented by ARTHUR ANDREW SCHULCZ, SR
ARTHUR SCHULCZ SR PA - VIENNA VA
2521 DREXEL ST
VIENNA, VA 22180
US
703-645-4010
Fax: 703-645-4011
Email: arthur.schulcz@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
RICHARD L ARNOLD

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
RAY A BAILEY

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
RICK P BRADLEY

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
GEORGE P BYRUM

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
ANDREW CALHOUN

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
TIMOTHY J DEMY

represented by ARTHUR ANDREW SCHULCZ, SR
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | |
|---|---|
| PATRICK T DONEY | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>JOSEPH E DUFOUR | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>FLOYD C ELLISON | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>ALAN GARNER | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>JOHN GORDY | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>WILLIAM A HATCH, JR | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>GARY HEINKE | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>ROBERT L HENDRICKS | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>FRANK JOHNSON | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>LAURENCE W JONES | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>SAMUEL DAVID KIRK | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY* |

          *ATTORNEY TO BE NOTICED*

**Plaintiff**
FRANK S KLAPACH      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
THOMAS G KLAPPERT      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
JAN C KOHLMANN      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
ALLEN L LANCASTER      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
JAMES LOOBY      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
MANUEL MAK      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
WALKER E MARSH, JR      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
DAVID MITCHELL      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
JAIRO MARINO      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**
DAN NICHOLS      represented by **ARTHUR ANDREW SCHULCZ, SR**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | |
|---|---|
| EDITH RENE PORTER-STEWART | represented by **ARTHUR ANDREW SCHULCZ, SR**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**
JAMES V PRINCE                              represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
JAVIER ROMAN                                represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
LLOYD SCOTT                                 represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
GARY PAUL STEWART                           represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
FRED A THOMPSON, JR                         represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
GLENN THYRION                               represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
ARMANDO TORRALVA                            represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
THOMAS DANIEL TOSTENSON                     represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
JAMES TWAMLEY                               represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**
THOMAS R WATSON                             represented by **ARTHUR ANDREW SCHULCZ, SR**
                                            (See above for address)
                                            *LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Plaintiff**
WILSON W WINEMAN                               represented by ARTHUR ANDREW SCHULCZ, SR
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
CHRIS XENAKIS                                  represented by ARTHUR ANDREW SCHULCZ, SR
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**
THE ASSOCIATED GOSPEL CHURCHES                 represented by ARTHUR ANDREW SCHULCZ, SR
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

V.

**Defendant**
THE UNITED STATES NAVY                         represented by DANIEL BENSING
                                                              DEPARTMENT OF JUSTICE - BEN FRANKLIN -
                                                              WASHINGTON DC
                                                              BEN FRANKLIN STATION
                                                              WASHINGTON, DC 20044
                                                              202-305-0693
                                                              Fax: 202-616-8460
                                                              Email: Daniel.Bensing@USDOJ.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              BENJAMIN W BEARD
                                                              US ATTORNEY - PENSACOLA FL
                                                              21 E GARDEN ST
                                                              STE 400
                                                              PENSACOLA, FL 32502
                                                              850/444-4000
                                                              Fax: 434-9050
                                                              Email: benjamin.beard@usdoj.gov
                                                              *ATTORNEY TO BE NOTICED*

**Defendant**
THE SECRETARY OF THE NAVY                      represented by DANIEL BENSING
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              BENJAMIN W BEARD
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2006 | 1 | COMPLAINT (pages 1-36) against THE UNITED STATES NAVY, ET AL (Filing fee $350, Receipt #300/113076), filed by DAVID L GIBSON, ET AL (Attachments: #1 Supplement (pages 37-72), #2 Supplement (pages 73-108), and #3 Supplement (pages 109-144))(lcu, Pensacola) (Entered: 05/01/2006) |
| 04/28/2006 | 2 | CIVIL COVER SHEET. (lcu, Pensacola) (Entered: 05/01/2006) |
| 04/28/2006 | 3 | Corporate Disclosure Statement by THE ASSOCIATED GOSPEL CHURCHES. (lcu, Pensacola) (Entered: 05/01/2006) |

| 05/01/2006 | 4 | Summons Issued as to THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY, THE HONORABLE ALBERTO GONZALES, and THE HONORABLE GREGORY R. MILLER and returned to counsel. (lcu, Pensacola) (Entered: 05/01/2006) |
|---|---|---|
| 05/02/2006 | | 120 Day No Activity Deadline set for 8/30/2006 (lcu, Pensacola) (Entered: 05/02/2006) |
| 05/15/2006 | 5 | ATTORNEY TIME RECORDS by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 05/15/2006) |
| 05/19/2006 | 6 | DOCKET ANNOTATION BY COURT: Re 5 Attorney Time Record, filed by plaintiffs. Counsel of record is advised that his electronic signature is missing. Future documents filed electronically need to have an electronic signature. (tnc, Pensacola) (Entered: 05/19/2006) |
| 06/01/2006 | 7 | **MOTION for Partial (Declaratory And Or Partial)\* Summary Judgment...** by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. *(Internal deadline for referral to judge if response not filed earlier: 6/19/2006)* (Attachments: #(1) Exhibit **Statement of Material FActs**, #(2) Exhibit Notice as to Filing of Exhibits) (SCHULCZ, ARTHUR) \*Modified on 6/2/2006 to reflect correct title of pleading (cbj, Pensacola). (Entered: 06/01/2006) |
| 06/02/2006 | 8 | DOCKET ANNOTATION BY COURT: Re 7 MOTION for Partial (Declaratory and or Partial) Summary Judgment... filed by plaintiffs - <br><br>**(UNSCANNED)\* EXHIBITS received**, placed on shelf in green file jacket<br>\*(SEE doc.7 attachment #2)<br>(cbj, Pensacola) (Entered: 06/02/2006) |
| 06/02/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 7 MOTION for Partial (Declaratory and or Partial) Summary Judgment... (w/memorandum, statement of facts, and exhibits) (cbj, Pensacola) (Entered: 06/02/2006) |
| 06/05/2006 | 9 | NOTICE of Appearance by BENJAMIN W BEARD on behalf of THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY (BEARD, BENJAMIN) (Entered: 06/05/2006) |
| 06/05/2006 | 10 | NOTICE of Appearance of DANIEL BENSING by BENJAMIN W BEARD on behalf of THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY (BEARD, BENJAMIN) Modified on 6/26/2006 (tnc, Pensacola). (Entered: 06/05/2006) |
| 06/05/2006 | 11 | ORDER -DENIED without prejudice 7 Motion for Partial Declaratory and or Partial Summary Judgment to refile after defendant appears. Signed by Judge M CASEY RODGERS. (tnc, Pensacola) (Entered: 06/05/2006) |
| 06/05/2006 | 12 | MOTION to Transfer Case to U.S. District Court for the District of Columbia by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. *(Internal deadline for referral to judge if response not filed earlier: 6/23/2006)* (BEARD, BENJAMIN) (Entered: 06/05/2006) |
| 06/05/2006 | 13 | MEMORANDUM in Support re 12 MOTION to Transfer Case to U.S. District Court for the District of Columbia by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (Attachments: # 1 Exhibit)(BEARD, BENJAMIN) (Entered: 06/05/2006) |

| | | |
|---|---|---|
| 06/06/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 12 MOTION to Transfer Case to U.S. District Court for the District of Columbia (tnc, Pensacola) (Entered: 06/06/2006) |
| 06/06/2006 | 14 | DOCKET ANNOTATION BY COURT: Re 13 Memorandum in Support filed by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. <br><br> Counsel that posted this document is reminded that the NEF (notice of electronic filing) should be attached to the front of the exhibits which are submitted to the court in a hard copy. <br><br> (tnc, Pensacola) (Entered: 06/06/2006) |
| 06/08/2006 | 15 | ORDER OF DEFICIENCY, in re 12 MOTION to Transfer Case to U.S. District Court for the District of Columbia filed by THE UNITED STATES NAVY and THE SECRETARY OF THE NAVY. The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiency through the filing of a corrected document. **The document is denied without prejudice with leave given to refile after correction.** Signed by Judge M CASEY RODGERS on 6/8/06. (lcu, Pensacola) (Entered: 06/08/2006) |
| 06/08/2006 | 16 | AMENDED MOTION to Transfer Case to U.S. District Court for the District of Columbia by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. *(Internal deadline for referral to judge if response not filed earlier: 6/26/2006)* (BEARD, BENJAMIN) <br><br> **NOTE: Certificate of Counsel located on page 15 of 17 Memorandum in Support** <br><br> (Entered: 06/08/2006) |
| 06/08/2006 | 17 | MEMORANDUM in Support re 16 Amended MOTION to Transfer Case to U.S. District Court for the District of Columbia by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (Attachments: # 1 Exhibit)(BEARD, BENJAMIN) (Entered: 06/08/2006) |
| 06/15/2006 | 18 | ATTORNEY TIME RECORDS by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 06/15/2006) |
| 06/22/2006 | 19 | MEMORANDUM in Opposition re 16 Amended MOTION to Transfer Case to U.S. District Court for the District of Columbia filed by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (Attachments: # 1 Exhibit Exhibit 1, Adair Plaintiffs' Motion# 2 Exhibit Exhibit 2, Stewart Declaration# 3 Exhibit Exhibit 3, Kitchen Declaration# 4 Exhibit Exhibit 4, Ellison Declaration# 5 Exhibit Exhibit 5, Adair slip opinion)(SCHULCZ, ARTHUR) (Entered: 06/22/2006) |
| 06/23/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 19 Memorandum in Opposition to Motion, 12 MOTION to Transfer Case to U.S. District Court for the District of Columbia, 13 Memorandum in Support. (tnc, Pensacola) (Entered: 06/23/2006) |
| 06/26/2006 | | ***Attorney DANIEL BENSING for THE UNITED STATES NAVY and THE SECRETARY OF THE NAVY added. (See docket entry #10). (tnc, Pensacola) (Entered: 06/26/2006) |
| 07/06/2006 | 20 | **TERMINATED, by clerk, See doc.22\* MOTION For Leave To File Reply Brief To Plaintiff's Opposition To The Defendant's Motion To Transfer re 19 Memorandum in Opposition to Motion,,,, by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (BEARD, BENJAMIN)** <br> \*Modified on 7/7/2006 to reflect that clerk has terminated this document due to the re-filing of the motion |

| | | |
|---|---|---|
| | | using proper Event Selection (cbj, Pensacola). (Entered: 07/06/2006) |
| 07/06/2006 | 21 | **RE-FILED USING PROPER EVENT SELECTION,See doc.23)\*** -MEMORANDUM in Support re 16 Amended MOTION to Transfer Case to U.S. District Court for the District of Columbia filed by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (BEARD, BENJAMIN) \*Modified on 7/7/2006 to reflect the re-filing of document using proper Event Selection (cbj, Pensacola). (Entered: 07/06/2006) |
| 07/07/2006 | 22 | MOTION for Leave to File *Reply Brief To The Plaintiff's Opposition To The Defendant's Motion To Transfer* by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (BEARD, BENJAMIN) Modified on 7/7/2006 (cbj, Pensacola). NOTE: This motion replaces improperly posted motion (doc.20) (Entered: 07/07/2006) |
| 07/07/2006 | 23 | REPLY to Response to Motion (entitled **"Reply Memorandum In Support Of Defendant's Motion To Transfer")\*** re 19 Pltf's Memorandum in Opposition to Defendant's 16 MOTION To Transfer filed by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (BEARD, BENJAMIN) \*Modified on 7/7/2006 to reflect correct title of pleading, and to correct document relationships by removing incorrect link and creating correct links to previously filed related documents. (cbj, Pensacola). (Entered: 07/07/2006) |
| 07/07/2006 | | \*\*\*Motion terminated:\* 20 MOTION For Leave To File Reply Brief To Plaintiff's Opposition To The Defendant's Motion To Transfer re 19 Memorandum in Opposition to Motion, filed by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. \*NOTE: Motion re-filed using proper Event Selection (see doc.22). (cbj, Pensacola) (Entered: 07/07/2006) |
| 07/07/2006 | | Set Deadline for response to 22 Motion for Leave to File Reply Brief To The Plaintiff's Opposition To The Defendant's Motion To Transfer - *(Internal deadline for referral to judge if response not filed earlier: 7/25/2006)* (cbj, Pensacola) (Entered: 07/07/2006) |
| 07/10/2006 | 24 | MEMORANDUM in Opposition re 22 MOTION for Leave to File *Reply Brief To The Plaintiff's Opposition To The Defendant's Motion To Transfer* filed by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 07/10/2006) |
| 07/11/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 22 MOTION for Leave to File *Reply Brief* 23 Reply to Response to Motion, 24 Memorandum in Opposition to Motion. (tnc, Pensacola) (Entered: 07/11/2006) |
| 07/11/2006 | 25 | ORDER -GRANTED 22 Motion for Leave to File reply brief . Signed by Judge M CASEY RODGERS. (tnc, Pensacola) (Entered: 07/11/2006) |
| 07/12/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 16 Amended MOTION to Transfer Case to U.S. District Court for the District of Columbia, 19 Memorandum in Opposition to Motion, and 23 Reply to Response to Motion. (tnc, Pensacola) (Entered: 07/12/2006) |
| 07/17/2006 | 26 | ATTORNEY TIME RECORDS by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 07/17/2006) |

| | | |
|---|---|---|
| 07/19/2006 | 27 | MOTION to Extend Time by THE UNITED STATES NAVY, THE SECRETARY OF THE NAVY. (BENSING, DANIEL) (Entered: 07/19/2006) |
| 07/19/2006 | 28 | Consent MOTION for Extension of Time to File *Class Certification* by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 07/19/2006) |
| 07/20/2006 | 29 | DOCKET ANNOTATION BY COURT: Re 28 Consent MOTION for Extension of Time to File *Class Certification* filed by plaintiffs, and 27 MOTION to Extend Time filed by defendants. Counsel that posted these documents are advised that proposed orders do not get attached to the electronically filed document. Counsel should e-mail the proposed order directly to the Judge's chambers. E-mail addresses can be located on our website. (tnc, Pensacola) (Entered: 07/20/2006) |
| 07/20/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 28 Consent MOTION for Extension of Time to File *Class Certification*, 27 MOTION to Extend Time (tnc, Pensacola) (Entered: 07/20/2006) |
| 07/27/2006 | 30 | ORDER -GRANTED 28 Motion for Extension of Time to File their Class Certification Motion, and it is ORDERED that the time period of Local Rule 23.1(B) for Plaintiffs to seek class certification is hereby suspended until such time as the Court rules on Defendants' motion to transfer the caseunder 28 U.S.C. § 1404(a), and it is further ORDERED, that if the Court denies the Defendants Motion to Transfer, Plaintiffs shall have 30 days in which to file their motion for class certification. Signed by Judge M CASEY RODGERS. (tnc, Pensacola) (Entered: 07/27/2006) |
| 08/01/2006 | 31 | ORDER on 27 Motion to Extend Time. Defendants shall have until 30 days after the Court enters a ruling on defendants' Motion to Transfer within which to answer or otherwise respond to plaintiffs' complaint . Signed by Judge M CASEY RODGERS. (tnc, Pensacola) (Entered: 08/02/2006) |
| 08/15/2006 | 32 | ATTORNEY TIME RECORDS by GEORGE P BYRUM, ANDREW CALHOUN, TIMOTHY J DEMY, PATRICK T DONEY, JOSEPH E DUFOUR, FLOYD C ELLISON, ALAN GARNER, JOHN GORDY, WILLIAM A HATCH, JR, DAVID L GIBSON, GARY HEINKE, ROBERT L HENDRICKS, FRANK JOHNSON, LAURENCE W JONES, SAMUEL DAVID KIRK, FRANK S KLAPACH, THOMAS G KLAPPERT, JAN C KOHLMANN, ALLEN L LANCASTER, JAMES LOOBY, RICHARD L ARNOLD, MANUEL MAK, WALKER E MARSH, JR, DAVID MITCHELL, JAIRO MARINO, DAN NICHOLS, EDITH RENE PORTER-STEWART, JAMES V PRINCE, JAVIER ROMAN, LLOYD SCOTT, GARY PAUL STEWART, RAY A BAILEY, FRED A THOMPSON, JR, GLENN THYRION, ARMANDO TORRALVA, THOMAS DANIEL TOSTENSON, JAMES TWAMLEY, THOMAS R WATSON, WILSON W WINEMAN, CHRIS XENAKIS, THE ASSOCIATED GOSPEL CHURCHES, RICK P BRADLEY. (SCHULCZ, ARTHUR) (Entered: 08/15/2006) |
| 08/17/2006 | 33 | ORDER granting 16 Motion to Transfer Case. The clerk shall transfer this case to the United States District Court for the District of Columbia. Signed by Judge M CASEY RODGERS. (lcu, Pensacola) (Entered: 08/17/2006) |
| 08/17/2006 | 34 | Interdistrict Transfer to the District of Columbia. (lcu, Pensacola) (Entered: 08/17/2006) |

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: *[signature]*
Deputy Clerk