## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID L. GIBSON, et al., | ) | |
| | ) | |
| v. | ) | Case  No. 06cv1696 (GK) |
| THE UNITED STATES NAVY, et al. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of Arthur A. Schulcz, Sr. as counsel for the Plaintiffs in this case,

David L, Gibson , et al.

Respectfully submitted,

October 10, 2006

_____/S/_____
Arthur A. Schulcz, Sr.
D.C. Bar No. 453402
2521 Drexel Street
Vienna, VA 22180
703-645-4010
FAX: 703-645-401

Of Counsel:
Douglas McKusick, Esq.
THE RUTHERFORD INSTITUTE
P.O. Box 7482
Charlottesville, VA 22906-7482