*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **DAVID L. GIBSON, et al.** | |
| Plaintiff(s), | |
| vs. | Civil Action No. 06-1696 (GK) |
| **UNITED STATES NAVY, et al.**<br>Defendant(s). | |

## NOTICE REGARDING BULKY FILINGS

Pursuant to the procedures for filing bulky pleadings, a bulky copy of the Complaint has been filed in paper in this case. The document is available at the Clerk's Office for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk