IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. GIBSON, et al.,    ) | |
|                            ) | |
|         v.                 ) | Civil Action No.  1:06cv1696-RMU |
|                            ) | |
| UNITED STATES NAVY, et al., ) | |
|                            ) | |
|         Defendants.        ) | |

JOINT MOTION AND SUPPORTING POINTS
OF AUTHORITIES FOR A STAY PENDING APPEAL AND PENDING
A DECISION ON A MOTION TO CONSOLIDATE

The parties respectfully move to stay this case pending (1) plaintiffs' filing of a petition to

the Supreme Court for review of the Order by the U.S. District Court for the Northern District of

Florida transferring this case to this Court and resolution of that petition; and (2) defendants'

filing of a motion to consolidate this case with cases currently pending before Judge Urbina, and

resolution of that motion.  The reasons for this motion are set forth below:

     1.     Plaintiffs filed this action in the U.S. District Court for the Northern District of

Florida on April 28, 2006.

     2.     Defendants moved to transfer this action to this Court, arguing that the case is

related to two cases already pending before this Court and consolidated for pretrial purposes –

C.F.G.C. v. Winter, No. 1:99cv2945, and Adair v. Winter, No. 1:00cv566.  C.F.G.C. and Adair

are assigned to Judge Urbina.

     3.     The District Court for the Northern District of Florida granted defendants' motion

to transfer on August 17, 2006.

     4.     Plaintiffs petitioned the U.S. Court of Appeals for the 11th Circuit for a writ of

mandamus reversing the Order transferring this case. The Court of Appeals denied that petition on September 14, 2006.

5.      This case was entered on this Court's docket on September 29, 2006. On November 3, 2006 Judge Kessler sua sponte transferred Gibson to Judge Urbina

6.      On October 20, 2006, Judge Urbina stayed C.F.G.C. and Adair pending a decision by the Court of Appeals in Miller v. Department of the Navy, No. 05-5343 (D.C. Cir.).

7.      Plaintiffs intend to seek review by the Supreme Court of the Order transferring this case. Their deadline to do so is December 13, 2006.

8.      Consistent with their argument that this case is related to C.F.G.C. and Adair, defendants intend to file a motion to consolidate this action with C.F.G.C. and Adair for pretrial purposes. Local Rule LcvR 40.5(d) requires that the motion to consolidate be filed in C.F.G.C. and Adair. Because C.F.G.C. and Adair are currently stayed, defendants cannot file the motion to consolidate until after Judge Urbina lifts the stay.

9.      Should Judge Urbina order the consolidation of this case with C.F.G.C. and Adair for pretrial purposes or the Supreme Court reverse the transfer of this case to this Court, resolution of pretrial matters, including any response to the Complaint or any motion by plaintiffs to certify a class, would be best decided after such events by the Judge or Court which will ultimately decide this case.

Accordingly, for the foregoing reasons, the parties jointly move this Court to stay this matter until after (1) the filing and resolution of plaintiffs' request for Supreme Court review of the Order transferring this case and (2) the filing and resolution of defendants' motion to consolidate this matter for pre-trial purposes with C.F.G.C. and Adair. The parties will notify the Court upon completion of these events, or the occurrence of any events that otherwise necessitate

the Court to lift this stay.

A proposed order granting this motion is submitted herewith.

Respectfully submitted,

Dated: November 2, 2006

FOR PLAINTIFFS:

*Arthur A. Schulcz Sr.*
ARTHUR A. SCHULCZ, SR.
2521 Drexel St.
Vienna, VA 22180
703-645-4010
Attorney for plaintiffs

FOR THE DEFENDANTS:

PETER D. KEISLER
Assistant Attorney General
JEFFREY A. TAYLOR
United States Attorney
VINCENT M. GARVEY
Deputy Branch Director

*11-3-06*

Of Counsel:
Lieutenant Commander James A. Ouellette
Lieutenant Commander Thomas F. Leary
Office of the Judge Advocate General
Department of the Navy
Washington Navy Yard, Bldg 33
1322 Patterson Ave., S.E., Suite 3000
Washington, D.C.  30274-5066

DANIEL BENSING
MICHAEL Q. HYDE
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 6114
Washington, D.C. 20044
Telephone: (202) 305-0693

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DAVID L. GIBSON, et al., | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:06cv1696-RMU |
| | ) | |
| UNITED STATES NAVY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### [Proposed] **ORDER**

Upon consideration of Joint Motion and Supporting Points Of Authorities for a Stay

Pending Appeal and Pending a Decision on a Motion to Consolidate, it is by this Court hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED that the this case is stayed pending the filing and resolution

of (1) a motion by defendants to consolidate this case with C.F.G.C. v. Winter, No. 1:99cv2945,

and Adair v. Winter, No. 1:00cv566, both assigned to Judge Urbina of this Court, and (2)

plaintiffs' petition for Supreme Court review of the Order of the U.S. District Court for the

Northern District of Florida transferring this case to this Court.


Dated: _____


RICARDO URBINA
United States District Judge