IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DAVID L. GIBSON, et al., )
)
v. ) Civil Action No. 06cv1696-(RMU)
)
UNITED STATES NAVY, et al., )
)
Defendants. )

**UNOPPOSED MOTION AND SUPPORTING POINTS AND AUTHORITIES
FOR AN ORDER LIFTING THE CURRENT STAY
TO ALLOW THE PLAINTIFFS TO FILE A
MOTION TO TRANSFER THE CASE
TO THE NORTHERN DISTRICT OF FLORIDA**

Plaintiffs make this unopposed motion for an order lifting the stay the Court granted in this case on 11/7/06 in response to the parties' 11/3/06 Joint Motion For a Stay, Docket number 4. The purpose of lifting the stay is to allow Plaintiffs to file a motion to transfer this case under 28 U.S.C. § 1404(a) to the Northern District of Florida, where the case was originally filed. Plaintiffs will demonstrate in their motion the transfer to this Court failed to meet § 1404(a)'s criteria.

The reasons for this Motion are set forth below:

1. Plaintiffs filed this action in the U.S. District Court for the Northern District of Florida on April 28, 2006.

2. Defendants moved to transfer this action under 28 U.S.C. § 1404(a) to this Court, and the District Court for the Northern District of Florida granted Defendants' motion to transfer on August 17, 2006.

3. After the U.S. Court of Appeals for the 11th Circuit denied Plaintiffs' petition for a writ of

        mandamus reversing the transfer Order, this case was transferred to and entered on this Court's docket on September 29, 2006.

4. In response to the parties joint motion (Docket No. 4), the Court stayed the case pending: (1) Plaintiffs' filing of a petition to the Supreme Court for review of the U.S. District Court for the Northern District of Florida's transfer Order and resolution of that petition; and (2) Defendants filing of a motion to consolidate this case with *Chaplaincy of Full Gospel Churches v. Winter* and *Adair v. Winter*, cases currently pending before Judge Urbina. At the time the parties requested the stay in this case *CFGC* and *Adair* had been stayed pending resolution of the appeal in <u>Miller v. Department of the Navy</u>, No. 05-5343 (D.C. Cir.).

5. The Supreme Court denied Plaintiffs' petition for review and Defendants recently filed a motion to consolidate this case with *CFGC* and *Adai*r when Judge Urbina lifted the stay in those cases.

6. When a party believes that a case has been improperly transferred, he may seek an order in the transferee court transferring the case back to the original court. Because Plaintiffs believe this case did not met the necessary transfer criteria under § 1404(a), they seek to lift the current stay in order to move for transfer back to the Northern District of Florida.

7. Plaintiffs are prepared to file their motion within a few days of the Court granting an Order lifting the stay.

**Statement of Coordination required by Local Civil Rule 7(m)**. Plaintiffs' counsel has conferred with Defendants' counsel to determine if Defendants would oppose this motion. Defendants' counsel stated Defendants do not oppose the lifting of the current stay for the limited

purpose of considering Plaintiffs' Motion to Transfer; Defendants do not agree that the stay should be lifted for any other purpose, and Defendants will oppose Plaintiffs' motion to transfer.

    A proposed order granting this motion is submitted herewith.

                                Respectfully submitted,

Dated: February 14, 2007                 /S/ Arthur A. Schulcz, Sr.
                                             ARTHUR A. SCHULCZ, SR.
                                             D.C. Bar No. 453402
                                             2521 Drexel Street
                                             Vienna, VA 22180
                                             Attorney for Plaintiffs
                                             703-645-4010
                                             FAX: 703-645-401

Of Counsel:
Douglas McKusick, Esq.
THE RUTHERFORD INSTITUTE
P.O. Box 7482
Charlottesville, VA 22906-7482

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID L. GIBSON, <u>et al</u>., ) | |
| ) | |
| v.   ) | Civil Action No. 1:06cv1696-RMU |
| ) | |
| UNITED STATES NAVY, <u>et al</u>., ) | |
| ) | |
| Defendants.   ) | |

[Proposed] **ORDER**

Upon consideration of Plaintiffs' Unopposed Motion and Supporting Points and Authorities To lift the Current Stay for the purpose of filing a motion seeking transfer of the case to the Northern District of Florida, it is by this Court hereby

ORDERED that the motion is GRANTED, and the current stay is lifted for the limited purpose of allowing Plaintiffs to file a motion to transfer the case to the Northern District of Florida. This case remains stayed for all other matters, as set forth in the Court's Minute Order dated November 7, 2006.

So ORDERED this ___ Day of February, 2007,

                                                                        RICARDO M. URBINA
                                                                       United States District Court Judge